Travis A. Knobbe (VSB #77914)
SPILMAN THOMAS & BATTLE, PLLC
310 First Street, SW, Suite 1100
Roanoke, VA 24011
Telephone:      (540) 512-1800
Facsimile:      (540) 342-4480

*Counsel for Emiko Board*

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **EMIKO BOARD** )  | |
| ) | |
| *Appellant,* ) | |
| ) | |
| **v.** ) | No. 15-1820 |
| ) | |
| **AMF BOWLING COMPANY, INC.** ) | |
| ) | |
| *Appellee.* ) | |
| ) | |

## REPRESENTATION STATEMENT

On appeal, creditor/appellant Emiko Board is represented by:

Travis A. Knobbe, Esq., Spilman Thomas & Battle, PLLC, 310 First Street, Suite 1100, Roanoke, Virginia, 24011.  Telephone: (540) 512 – 1824.  Facsimile: (540) 342 – 4480. Email: tknobbe@spilmanlaw.com.

Debtor/appellee AMF Bowling Worldwide, Inc. is represented by:

Dion W. Hayes, McGuire Woods LLP, One James Center, 901 East Cary Street, Richmond, Virginia, 23219.  Telephone: (804) 775 – 1000.  Facsimile: (804) 775 – 1061.  Email: dhayes@mcguirewoods.com.

John H. Maddock III, McGuire Woods LLP, One James Center, 901 East Cary Street, Richmond, Virginia, 23219.  Telephone: (804) 775 – 1000.  Facsimile: (804) 775 – 1061.  Email: jmaddock@mcguirewoods.com.

Travis A. Knobbe (VSB #77914)
SPILMAN THOMAS & BATTLE, PLLC
310 First Street, SW, Suite 1100
Roanoke, VA 24011
Telephone:      (540) 512-1800
Facsimile:      (540) 342-4480

*Counsel for Emiko Board*

Sarah B. Boehm, McGuire Woods LLP, One James Center, 901 East Cary Street, Richmond,

Virginia, 23219.    Telephone: (804) 775 – 1000.    Facsimile: (804) 775 – 1061.    Email:

sboehm@mcguirewoods.com.

There are no other parties to this action.

DATED:  August 7, 2015.                     EMIKO BOARD

                                            By: /s/ Travis A. Knobbe
                                                    Counsel


SPILMAN THOMAS & BATTLE, PLLC
Travis A. Knobbe, Esq. (VSB #77914)
310 First Street, SW, Suite 1100
Roanoke, Virginia  24011
(540) 512-1800 Telephone
(540) 342-4480 Facsimile
tknobbe@spilmanlaw.com
*Counsel for Emiko Board, Appellant*

Travis A. Knobbe (VSB #77914)
SPILMAN THOMAS & BATTLE, PLLC
310 First Street, SW, Suite 1100
Roanoke, VA 24011
Telephone:      (540) 512-1800
Facsimile:      (540) 342-4480

*Counsel for Emiko Board*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on counsel for the Debtor/Appellee via the Court's CM/ECF system and via U.S. mail on the 7th day of August, 2015.

/s/ Travis A. Knobbe
Counsel